UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>SPENCER PHARMACEUTICAL INC., et al., )<br>    Defendants. ) | Civil Action No. 12cv12334-IT |

## FURTHER ORDER REGARDING MOTION TO WITHDRAW
June 6, 2014

**TALWANI, D.J.**

This court hereby orders that attorneys Mitchell R. Edwards, Faun M. Phillipson, and Jonathan C. Uretsky are directed to serve copies of their June 2, 2014 motion [#72] and this court's June 3, 2014 order [#75] on their former clients, Defendants Jean-Francois Amyot, IAB Media Inc., and Hilbroy Advisory Inc., and to file with this court by June 13, 2014, a certificate of service that includes the address or addresses at which these Defendants were served.

**IT IS SO ORDERED.**

                                                      /s/ Indira Talwani
                                                      United States District Judge