UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:12-cv-12334-IT |
| SPENCER PHARMACEUTICAL INC., *et al.*, | ) ) | |
| Defendants. | ) ) | |

### [PROPOSED] FINAL JUDGMENT OF PERMANENT INJUNCTION AND OTHER RELIEF AS TO DEFENDANT SPENCER PHARMACEUTICAL INC.

Plaintiff Securities and Exchange Commission (the "Commission") having filed the

Complaint in this action on December 17, 2012; the Court having entered a default against

defendant Spencer Pharmaceutical Inc. ("Spencer") pursuant to Rule 37 of the Federal Rules of

Civil Procedure; and the Court having determined that Spencer is not an infant or incompetent

person and is not in the military service of the United States:

**I.**

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Spencer and its agents,

servants, employees, attorneys, and all persons in active concert or participation with them who

receive actual notice of this Final Judgment by personal service or otherwise are permanently

restrained and enjoined from violating, directly or indirectly, Section 17(a) of the Securities Act of

1933 ("Securities Act") [15 U.S.C. §77q(a)] by the use of any means or instruments of

transportation or communication in interstate commerce or by use of the mails, in the offer or sale

of any security:

 (a)  to employ any device, scheme, or artifice to defraud;

 (b)  to obtain any money or property by means of any untrue statement of a material fact or any omission of a material fact necessary in order to make the statements made, in light of the circumstances under which they were made, not misleading; or

 (c)  to engage in any transaction, practice, or course of business which operates or would operate as a fraud or deceit upon the purchaser.

**II.**

 **IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that Spencer and its agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating, directly or indirectly, Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") [15 U.S.C. §78j(b)] and Rule 10b-5 promulgated thereunder [17 C.F.R. §240.10b-5] by using any means or instrumentality of interstate commerce, or of the mails, or of any facility of any national securities exchange, in connection with the purchase or sale of any security:

 (a)  to employ any device, scheme, or artifice to defraud;

 (b)  to make any untrue statement of a material fact or omit to state a material fact necessary in order to make the statements made, in the light of the circumstances under which they were made, not misleading; or

 (c)  to engage in any act, practice, or course of business which operates or would operate as a fraud or deceit upon any person.

## III.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that Spencer and its agents, servants, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of this Final Judgment by personal service or otherwise are permanently restrained and enjoined from violating Sections 5(a) and 5(c) of the Securities Act [15 U.S.C. § 77e] by, directly or indirectly, in the absence of any applicable exemption:

(a)     Unless a registration statement is in effect as to a security, making use of any means or instruments of transportation or communication in interstate commerce or of the mails to sell such security through the use or medium of any prospectus or otherwise;

(b)     Making use of any means or instruments of transportation or communication in interstate commerce or of the mails to offer to sell or offer to buy through the use or medium of any prospectus or otherwise any security, unless a registration statement has been filed with the Commission as to such security, or while the registration statement is the subject of a refusal order or stop order or (prior to the effective date of the registration statement) any public proceeding or examination under Section 8 of the Securities Act [15 U.S.C. § 77h].

## IV.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED, AND DECREED** that Spencer is liable for a civil penalty in the amount of $150,000.00 pursuant to Section 20(d)(2) of the Securities Act [15 U.S.C. §77t(d)(2)] and Section 21(d)(3) of the Exchange Act [15 U.S.C. §78u(d)(3)].  Spencer shall satisfy this obligation by making payment to the Securities and Exchange Commission within 14 days after entry of this Final Judgment.

3

Spencer may transmit payment electronically to the Commission, which shall provide detailed ACH transfer/Fedwire instructions upon request.   Spencer may also make payment directly from a bank account through the SEC website at http://www.sec.gov/about/offices/ofm.htm. Spencer may also make payment by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

Enterprise Services Center
Accounts Receivable Branch
6500 South MacArthur Boulevard
Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, name of this Court, and Spencer's name as a defendant in this action, and specifying that payment is made pursuant to this Final Judgment.

Spencer shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By making this payment, Spencer relinquishes all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to it.  The Commission shall send the funds paid pursuant to this Final Judgment to the United States Treasury.

Spencer shall pay postjudgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

4

## V.

**IT IS HEREBY FURTHER ORDERED, ADJUDGED AND DECREED** that this Court

shall retain jurisdiction over Spencer as a party to this matter for all purposes, including the

implementation and enforcement of this Final Judgment.

_____
UNITED STATES DISTRICT JUDGE

Dated: ___Oct. 1___, 2015